Dismissed and Memorandum Opinion filed January 25, 2007








Dismissed
and Memorandum Opinion filed January 25, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00677-CV

____________

 

CHARLES D. CRONEN,
Appellant

 

V.

 

HOBART GAW and THE CITY OF HOUSTON, Appellees

 



 

On Appeal from the 295th District
Court

Harris County, Texas

Trial Court Cause No.
04-10530

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 28, 2006.  








On December 7, 2006, this court
issued an order, upholding the trial court=s order sustaining the contest to
appellant=s affidavit of indigence.  In our order, we directed appellant to pay
for the record and provide proof of payment to the clerk of this court by
December 22, 2006, or the court would dismiss the appeal for want of
prosecution.  Appellant failed to file with this court proof of payment for the
record.  On December 22, 2006, appellant filed a motion to reconsider our
December 7, 2006, order.  We deny appellant=s motion.  Accordingly,
the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and
Memorandum Opinion filed January 25, 2007.

Panel consists of
Justices Anderson, Hudson, and Guzman.